**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**ABERDEEN DIVISION**

KYLE E. BROYLES                                                                                        PLAINTIFF

V.                                                                          CIVIL ACTION NO. 1:13-CV-00117-SA-DAS

NOVARTIS PHARMACEUTICALS
CORPORATION                                                                                            DEFENDANT

## ORDER

The Magistrate Judge assigned to this cause entered an Order [43] on March 27, 2014, denying Plaintiff's request for leave to file an amended complaint. Plaintiff has filed Objections [44] to the Magistrate Judge's Order that are now pending before the Court.

Prior to the expiration of the deadline for the filing of a response, the parties filed a Joint Motion to Revise Case Management Deadlines [46], requesting that the Court vacate all pending deadlines, including Defendant's deadline for responding to Plaintiff's Objections. The Magistrate Judge granted the Joint Motion and has conducted regular, periodic status conferences with the parties as they discuss the continued prosecution of this matter. The next such status conference is currently scheduled to take place April 7, 2015. Thus, in light of counsels' representations to the Magistrate Judge regarding the ongoing nature of the parties' discussions, the Court finds it appropriate to hold Plaintiff's Objections [44] in abeyance until such time as new case management deadlines may be set.

SO ORDERED on this, the 10th day of February, 2015.

                   ___/s/ Sharion Aycock_____
                   UNITED STATES DISTRICT JUDGE